## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MANDINGO BOOBYYAA, a/k/a**
**KEITH LAMONT MASON, Inmate**
**No. 250833,**

        **Plaintiff,**

**v.**                          **CASE NO. 5:13-cv-77-RS-EMT**

**KENNETH TUCKER, et al.,**

        **Defendants.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 4) and Plaintiff's Objections (Doc. 5). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.    The case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

3.    Plaintiff shall pay the $350.00 filing fee in its entirety.

4.    The Clerk is directed to close the case.

**ORDERED** on April 16, 2013.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**